## UNITED STATES OF AMERICA
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KEIKO OE,

        Plaintiff,

v.

UNIVERSITY OF MICHIGAN,
MAHDI TABRA, and JAMES LAWRENCE

        Defendants.

Case No. 21-11047

Hon. Gershwin A. Drain

---

| | |
|---|---|
| Nicholas Roumel (P37056) | David J. Masson (P37094) |
| **NACHT, ROUMEL & HURWITZ, P.C.** | **OFFICE OF VICE PRESIDENT AND GENERAL COUNSEL, UNIVERSITY OF MICHIGAN** |
| Attorney for Plaintiff | Attorney for Defendants |
| 101 N. Main Street, Ste. 555 | 503 Thompson St., #5010 |
| Ann Arbor, MI 48104 | Ann Arbor MI 48109-1340 |
| (734) 663-7550 | *dmasson@umich.edu* |
| *nroumel@nachtlaw.com* | |

---

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

This court approves the stipulation of the parties below to the following terms; therefore IT IS ORDERED that all claims and potential claims any party may have against another, arising from the issues described in this lawsuit, are dismissed and barred with prejudice, and this case is dismissed with prejudice. Parties to bear their own costs, interest and attorney fees. This is a final order and closes this case.

1

Dated: <u>November 30, 2021</u>      <u>s/Gershwin A. Drain</u>
                                    U.S. DISTRICT COURT JUDGE

We stipulate to entry of this order:

<u>     *s/Nicholas Roumel*     </u>     <u>     *s/David J. Masson*     </u>
Attorney for Plaintiff                Attorney for Defendant

Dated:       <u>            </u>     Dated:      <u>              </u>

Order prepared by:
Attorney for Plaintiff